# United States District Court

_____ DISTRICT OF _____

CITY OF CHICOPEE, Acting through the
CHICOPEE PUBLIC SCHOOLS,
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

DAVID T. As Parent and Next Friend of
KAITLYN T. and MASSACHUSETTS DEPARTMENT
OF EDUCATION,
    Defendants

**04-30087-MAP**

TO: (Name and address of defendant)

    COMMISSIONER DAVID DRISCOLL
    DEPARTMENT OF EDUCATION
    350 MAIN STREET
    MALDEN, MA 02148-5023

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Claire L. Thompson, Esq.
    Doherty, Wallace, Pillsbury and Murphy, PC
    1414 Main Street, 19th Floor
    Springfield, MA 01144-1900

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

DATE  5/6/04

_____
(BY) DEPUTY CLERK



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

May 18, 2004

I hereby certify and return that on 5/11/2004 at 3:00PM I served a true and attested copy of the SUMMONS AND COMPLAINT & EXHIBITS & PLTFS MOTION TO STAY & EXHIBITS & CIV. ACT. CV SHEET in this action in the following manner: To wit, by delivering in hand to KATHY SURETTE, agent, person in charge at the time of service for COMMISSIONER DAVID DRISCOLL, at DEPARTMENT OF EDUCATION, 350 MAIN Street, MALDEN, MA 02148. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($3.20) Total Charges $40.70

C

_____
Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

