AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

CITY OF CHICOPEE, Acting through the
CHICOPEE PUBLIC SCHOOLS,
    Plaintiff

V.

DAVID T. As Parent and Next Friend of
KAITLYN T. and MASSACHUSETTS DEPARTMENT
OF EDUCATION

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-30087-MAP**

TO: (Name and address of defendant)

    David Tharaldson
    182 Poplar Street
    Chicopee, MA 01020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Claire L. Thompson, Esq.
    Doherty, Wallace, Pillsbury & Murphy PC
    1414 Main Street, 19th Floor
    Springfield, MA 01144-1900

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE 5/6/04

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date                              Signature of Server

                                           Address of Server

I DEREK M. BEAULIEU ESQ. ON BEHALF OF DAVID T. PARENT OF KAITLYN T. ACKNOWLEDGE RECEIPT OF CITY OF CHICOPEE'S COMPLAINT FOR REVIEW, AND I WAIVE SERVICE OF SUMMONS IN THIS CASE.

5/18/04                    [signature]
                           DEREK M. BEAULIEU
                           AS ATTORNEY FOR DEFENDANTS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.