# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.
### ATTORNEYS AT LAW

PAUL S. DOHERTY
SAMUEL A. MARSELLA
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. MCCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE[†]
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY
JOHN E. BONINI
MICHAEL J. BONANNO

ONE MONARCH PLACE SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

E MAIL: CTHOMPSON@DWPM.COM

MATTHEW J. RYAN, JR.
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)

[†] REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

May 21, 2004

Clerk to Judge Ponsor
U.S. District Court for the
District of Massachusetts
Western Section
1550 Main Street
Springfield, MA 01103

**RE:  City of Chicopee Acting through the Chicopee Public Schools v. David T. As Parent and Next Friend of Kaitlyn T. and Massachusetts Department of Education**
**Case No: 04-30087-MAP**

Dear Sir/Madam:

Chicopee is withdrawing its Motion to Stay which was filed with the Court on May 6, 2004. The Court need not schedule a hearing on the motion.

Chicopee is, however, proceeding with its Complaint for Judicial Review. The parties continue to await receipt of the hearing transcript from the Bureau of Special Education Appeals.

Thank you for your courtesy and cooperation. Please feel free to contact me with questions or concerns.

Very truly yours,

Claire L. Thompson

CLT/dlb

cc: Derek Beaulieu, Esq.

227136-1