UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30087-MAP

| | |
|---|---|
| CITY OF CHICOPEE, Acting through the CHICOPEE PUBLIC SCHOOLS, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DAVID T. As Parent and Next Friend of KAITLYN T. and MASSACHUSETTS DEPARTMENT OF EDUCATION, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Please enter my appearance in this civil action as attorney for the defendant Massachusetts Department of Education.

DEPARTMENT OF EDUCATION,

By Its Attorney

THOMAS F. REILLY
ATTORNEY GENERAL

By: _____
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 - Fax
BBO No. 618656

## CERTIFICATE OF SERVICE

    I, Timothy M. Jones, hereby certify that on May 28, 2004, I served a copy of the foregoing *NOTICE OF APPEARANCE* by First-Class Mail, postage prepaid, on the parties of record as follows:

Claire L. Thompson
Attorney at Law
Doherty, Wallace, Pillsbury
 & Murphy, P.C.
1414 Main Street, 19th Floor
Springfield, MA 01144

Derek Beaulieu, Attorney at Law
1242 Main Street, Suite 306
Springfield, MA 01103

_____
Timothy M. Jones