UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| CITY OF CHICOPEE, Acting through the CHICOPEE PUBLIC SCHOOLS,<br><br>Plaintiff,<br><br>v.<br><br>DAVID T. As Parent and Next Friend of KAITLYN T. and MASSACHUSETTS DEPARTMENT OF EDUCATION,<br><br>Defendants. | CIVIL ACTION NO. 04-30087-MAP |

## DEPARTMENT OF EDUCATION'S ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

The Attorney General, on behalf of the defendant Massachusetts Department of Education (the "DOE"), requests that this Court allow this motion to enlarge the time to respond to the plaintiff's complaint until and including June 4, 2004. In support of this motion, DOE states as follows:

1. The undersigned Assistant Attorney General needs additional time to investigate thoroughly the allegations and claims in the complaint.

2. The current due date for the response is June 1, 2004. DOE is only requesting an additional three (3) days to respond to the complaint.

3. Plaintiff's counsel assented to the above extension to respond to the complaint.

1

**WHEREFORE**, for the above reasons, DOE requests that this Court grant its motion to enlarge the time to respond to the plaintiff's complaint until and including June 4, 2004.

DEPARTMENT OF EDUCATION,
By Its Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: _____
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103
(413)784-1240 ext. 105
Fax: 784-1244
BBO No. 618656

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify that on May 28, 2004, I served a copy of the foregoing *Department of Education's Assented to Motion to Enlarge Time to Respond to Plaintiffs' Complaint* by First-Class Mail, postage prepaid, on the parties of record as follows:

Claire L. Thompson
Attorney at Law
Doherty, Wallace, Pillsbury
& Murphy, P.C.
1414 Main Street, 19th Floor
Springfield, MA 01144

Derek Beaulieu, Attorney at Law
1242 Main Street, Suite 306
Springfield, MA 01103

_____
Timothy M. Jones