AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CHICOPEE PUBLIC SCHOOLS, et al.

**NOTICE**

V.

KAITLIN T., et al.                          CASE NUMBER: 04-30087

TYPE OF CASE:

☒ CIVIL            ☐ CRIMINAL

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, Massachusetts 01103 | Courtroom Three |
| | DATE AND TIME |

TYPE OF PROCEEDING

SCHEDULING CONFERENCE
(Joint Statement shall be filed by no later than July 21, 2004.)

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **7/16/04 at 11:00 a.m.** | **July 28, 2004, at 11:30 a.m.** |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 8, 2004                          /s/ Bethaney A. Healy

DATE                                  (BY) DEPUTY CLERK

TO:    All Counsel of Record