UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 04-30087-MAP

CITY OF CHICOPEE, Acting through )
the CHICOPEE PUBLIC SCHOOLS, )
                               )
          Plaintiff,          )
                               )
v.                               )
                               )
DAVID T. As Parent and Next Friend of )
KAITLYN T. and MASSACHUSETTS )
DEPARTMENT OF EDUCATION, )
                               )
          Defendants.     )
                               )

## CERTIFICATE OF SERVICE

I, Timothy M. Jones, hereby certify that on July 13, 2004, I served a copy of the foregoing *ADMINISTRATIVE RECORD (DOCUMENTS) VOLUMES I AND II* by First-Class Mail, postage prepaid, on the following counsel(s) of record:

Claire L. Thompson, Attorney at Law
Doherty, Wallace, Pillsbury
& Murphy, P.C.
1414 Main Street, 19th Floor
Springfield, MA 01144

Derek Beaulieu, Attorney at Law
1242 Main Street, Suite 306
Springfield, MA 01103

DEPARTMENT OF EDUCATION

By Its Attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Timothy M. Jones
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103
(413)784-1240 ext. 105
(413)784-1244 -Facsimile
BBO No. 618656

July 13, 2004

1