IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| CITY OF CHICOPEE, Acting through the Chicopee Public Schools,<br>    Plaintiff<br><br>v.<br><br>DAVID T. As Parent and next friend of Kaitlyn T. and MASSACHUSETTS DEPARTMENT OF EDUCATION,<br>    Defendants | Case No: 04-30087-MAP |
| KAITLYN T., DAVID THARALDSON AND DIANE THARALDSON,<br>    Plaintiffs<br><br>v.<br><br>CHICOPEE PUBLIC SCHOOLS AND THE CITY OF CHICOPEE,<br>    Defendants | Case No: 04-30086-KPN |

## MOTION OF THE CHICOPEE PUBLIC SCHOOLS TO RESCHEDULE SCHEDULING CONFERENCE

Now comes the Chicopee Public Schools ("Chicopee") and respectfully requests that this Honorable Court reschedule its Scheduling Conference in the above-entitled matters from July 28, 2004 to August 4, 2004.

In support of this motion, Chicopee states that its undersigned counsel will be on a prepaid, nonrefundable vacation from July 25, 2004 through August 2, 2004. Counsel will be vacationing out of the country and unavailable to represent Chicopee in this matter on July 28, 2004. Counsel is the only attorney in her firm who represents Chicopee and handles special education disputes such as the above-entitled matters.

233608-1

Counsel for Chicopee spoke with Bethany Healy, Clerk to Magistrate Judge Neiman and determined that the Court is available for a scheduling conference in these matters <u>on August 4, 2004</u>. Counsel further determined that Attorney Derek Beaulieu who represents Kaitlyn T. and her family is also available on <u>August 4, 2004</u>.

WHEREFORE, Chicopee hereby moves to reschedule the Court's Scheduling Conference in these matters <u>from July 28, 2004 at 11:30 a.m. to anytime on August 4, 2004</u>.

        FOR PLAINTIFF,
        CITY OF CHICOPEE ACTING
        THROUGH THE CHICOPEE PUBLIC
        SCHOOLS

By ___/s/ Claire L. Thompson_____
    Claire L. Thompson, Esq.
    Doherty, Wallace, Pillsbury
    & Murphy, P.C.
    One Monarch Place
    1414 Main Street, 19th Floor
    Springfield, MA  01144
    Phone:  (413) 733-3111
    Fax:    (413) 734-3910
    B.B.O. No:  550262

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P., on July 15, 2004.

        ___/s/ Claire L. Thompson_____
        Claire L. Thompson