**DEREK M. BEAULIEU, ESQ.**

ATTORNEY AT LAW
1242 MAIN STREET, SUITE 306
THE HISTORIC WALKER BUILDING
SPRINGFIELD, MASSACHUSETTS 01103
—
TELEPHONE (413) 733-1824
FACSIMILE (413) 567-7746

July 16, 2004

John C. Stuckenbruck
Deputy Clerk-in-Charge
Federal Building & Courthouse
Western Section
1550 Main Street
Springfield, MA 01103

RE:   <u>City of Chicopee v. David T et al</u>
      04-30087-MAP

Dear Mr. Stuckenbruck:

    Enclosed for filing please <u>find Defendant's Amended Answer to City of Chicopee's Complaint for Judicial Review</u>; and <u>Defendant's Motion to Dismiss</u>.

    Should you have any questions or concerns, please do not hesitate to contact my office.

    Thank you for your attention to this matter.

                                                       Very truly yours,

                                                       /S/DEREK M. BEAULIEU
                                                       Derek M. Beaulieu, Esq.

CC:   Claire Thompson, Esq.
      Timothy M. Jones, Esq.
      David and Diane Tharaldson