UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT

| | |
|---|---|
| CITY OF CHICOPEE, Acting through the Chicopee Public Schools,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID T. As Parent and next friend of Kaitlyn T. and MASSACHUSETTS DEPARTMENT OF EDUCATION,<br><br>      Defendants. | CIVIL ACTION NO. 04-30087-MAP |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance in this civil action as an attorney for defendant Massachusetts

Department of Education.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

By: *James S. Whitcomb*
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA  01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768

DATED:  July 28, 2004.

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 28th day of July 2004, I served the foregoing *Notice of Appearance* on both other parties by mailing, by first class mail, postage prepaid, a true copy of the document to each other party's respective counsel of record:

| FOR CITY OF CHICOPEE, ACTING THROUGH THE CHICOPEE PUBLIC SCHOOLS | FOR DAVID T. AS PARENT AND NEXT FRIEND OF KAITLYN T. |
|---|---|
| Claire L. Thompson, Esquire<br>Doherty, Wallace, Pillsbury<br> & Murphy, P.C.<br>One Monarch Place<br>1414 Main Street, 19th Floor<br>Springfield, MA  01144 | Derek M. Beaulieu, Esquire<br>1242 Main Street, Suite 306<br>Springfield, MA  01103 |

*James S. Whitcomb*
James S. Whitcomb