**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **CITY OF CHICOPEE acting through** | ) |
| **CHICOPEE PUBLIC SCHOOLS,** | ) |
| **Plaintiff** | ) |
| | ) **CIVIL ACTION NO. 04-30087-KPN** |
| **v.** | ) |
| | ) |
| **DAVID T. As parent and next friend of** | ) |
| **KAITLYN T. and MASSACHUSETTS** | ) |
| **DEPARTMENT OF EDUCATION** | ) |
| **Defendants** | ) |
| | ) |

## DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The Defendants hereby request permission from the Court to reply to the Plaintiff's

Opposition to Defendant's Motion to Dismiss especially in light of the fact that Plaintiff's ask

for sanctions to be imposed for filing a frivolous motion and to respond to Plaintiff's allegations

that the parties did not confer pursuant to Rule 7.1.

WHEREFORE, Kaitlyn T. and her parents respectfully request that this court grant the

Defendants permission to file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion

to Dismiss.

Respectfully submitted,
The Defendants
By their attorney

July 29, 2004

**/S/DEREK M. BEAULIEU**
Derek M. Beaulieu, Esq.
1242 Main Street, Suite 306
Springfield, MA 01103
BBO#644185