UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CITY OF CHICOPEE acting through CHICOPEE PUBLIC SCHOOLS,<br>　　　　　Plaintiff<br><br>v.<br><br>DAVID T. As parent and next friend of KAITLYN T. and MASSACHUSETTS DEPARTMENT OF EDUCATION<br>　　　　　Defendants | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-30087-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

The Defendants hereby request permission from the Court to reply to the Plaintiff's Opposition to Defendant's Motion to Dismiss especially in light of the fact that Plaintiff's ask for sanctions to be imposed for filing a frivolous motion and to respond to Plaintiff's allegations that the parties did not confer pursuant to Rule 7.1.

WHEREFORE, Kaitlyn T. and her parents respectfully request that this court grant the Defendants permission to file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　The Defendants
　　　　　　　　　　　　　　　　　　　　By their attorney

July 29, 2004　　　　　　　　　　　　　**/S/DEREK M. BEAULIEU**
　　　　　　　　　　　　　　　　　　　　Derek M. Beaulieu, Esq.
　　　　　　　　　　　　　　　　　　　　1242 Main Street, Suite 306
　　　　　　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　　　　　　BBO#644185