UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **CITY OF CHICOPEE acting through CHICOPEE PUBLIC SCHOOLS,**<br>Plaintiff<br><br>v.<br><br>**DAVID T. As parent and next friend of KAITLYN T. and MASSACHUSETTS DEPARTMENT OF EDUCATION**<br>Defendants | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-30087-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF DEREK M. BEAULIEU

I, Derek M. Beaulieu, hereby depose and state that:

1. I am an attorney admitted to practice before the courts of the Commonwealth of Massachusetts.

2. I represent the Defendant David T, et al in the above-entitled action.

3. That on July 6th I received a proposed Joint Statement regarding scheduling that contained the following language:

> I. Discovery Plan
> A. The parties confirm their obligation to limit discovery as set forth in F.R.C. P 26 (b). Phased discovery is not desired or requested at this time.
> B. All non-expert discovery, including depositions, shall be completed within 45 days of receipt of the transcript of the underlying proceeding.
> C. The Plaintiff shall designate and disclose information regarding its trial experts as required by F.R.C.P 26(a)(2) within 45 days of receipt of the transcript of the underlying BSEA hearing.
> D. The Defendants shall designate and disclose information regarding their trial experts as required by F.R.C.P 26(a)(2)

        within 60 days of receipt of the transcript of the underlying BSEA hearing.

    E. All expert depositions, if any, shall be completed within 75 days of receipt of the transcript of the underlying BSEA matter.

4. That during the month of July 2004, I left several phone messages and drafted several letter to the Plaintiff's Counsel regarding the Joint Statement plan for Discovery and the Plaintiff's failure to state a claim.

5. Defendant's counsel made ever effort to narrow the issue by conferring with the Plaintiff's counsel.

Dated July 29, 2004                                                           /s/ Derek M. Beaulieu  
                                                                           Derek M. Beaulieu, Esq.  
                                                                           1242 Main Street, Suite 306  
                                                                           Springfield, MA 01103  
                                                                           BBO# 644185  
                                                                           (413) 733-1824  
                                                                           Fax (413) 567-7746