UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CITY OF CHICOPEE, Acting through the )
Chicopee Public Schools, )
)
Plaintiff, )
)
v. )  CIVIL ACTION NO. 04-30087-MAP
)
DAVID T. As Parent and next friend of )
Kaitlyn T. and MASSACHUSETTS )
DEPARTMENT OF EDUCATION, )
)
Defendants. )

## DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to LR. 16.1(D)(3), the undersigned affirm that defendant Massachusetts Department of Education, through an authorized representative, and counsel have conferred with a view to establishing a budget for the costs of conducting a full course -- and various alternative courses -- of the litigation and have considered the possible use of alternative dispute resolution programs.

MASSACHUSETTS DEPARTMENT          THOMAS F. REILLY
OF EDUCATION                      ATTORNEY GENERAL

_Jackie Belf-Becker_               By: _James S. Whitcomb_
Jackie Belf-Becker, Administrator       James S. Whitcomb
Bureau of Special Education Appeals     Assistant Attorney General
Department of Education                 Western Massachusetts Division
350 Main Street, 2nd Floor              1350 Main Street
Malden, MA  02148-5023                  Springfield, MA  01103-1629
                                        (413) 784-1240, ext. 113 (telephone no.)
                                        (413) 784-1244 (facsimile no.)
                                        B.B.O. No. 557768

DATED: July 28, 2004                    DATED: August 2, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on August 2, 2004.

_James S. Whitcomb_