UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHICOPEE, Acting through the Chicopee Public Schools,<br>  Plaintiff<br><br>v.<br><br>DAVID T., as Parent and next friend of Kaitlyn T. and MASSACHUSETTS DEPARTMENT OF EDUCATION,<br>  Defendants | Civil Action No. 04-30087-MAP |

SCHEDULING ORDER
August 4, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. Defendant Massachusetts Department of Education shall file its amended answer by August 13, 2004.

2. Plaintiff shall file its motion for leave to submit additional evidence by August 18, 2004, to which Defendants shall respond by September 3, 2004.

3. Plaintiff shall file its motion for summary judgment within thirty days of the court's ruling on Plaintiff's motion to submit additional evidence, to which, within thirty days, Defendants shall respond and file cross-motions for summary judgment.

    4.       Fourteen days thereafter, Plaintiff shall oppose Defendants' cross motions for summary judgment.

IT IS SO ORDERED.

DATED: August 4, 2004

                                                /s/ Kenneth P. Neiman  
                                                KENNETH P. NEIMAN  
                                                U.S. Magistrate Judge