# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910

WWW.DWPM.COM
E MAIL: CTHOMPSON@DWPM.COM

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
WILLIAM P. HADLEY
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*‡
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
THOMAS E. DAY
KAREN K. CHADWELL·†
JOHN E. BONINI*
MICHAEL J. BONANNO

MATTHEW J. RYAN, JR.
OF COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA

August 18, 2004

**VIA TELEFAX AND REGULAR MAIL**

784-1244

James Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103

Re: **City of Chicopee Acting through the Chicopee Public Schools v. David T. As Parent and Next Friend of Kaitlyn T. and Massachusetts Department of Education**
U.S. District Court – Case No: 04-30087-MAP

Dear Attorney Whitcomb:

In reviewing the Administrative Record that you filed with the Court in the above-entitled matter, it appears that most of the school district's exhibits are missing. Exhibits S-1 through S-23 and S-25 through S-33 were admitted into evidence. My copy of the record ends at Exhibit S-6.

Kindly provide me and the Court with the complete record of the underlying matter.

Very truly yours,

Claire L. Thompson

CLT/dlb
cc: Bethany Healy
    Derek Beaulieu, Esq.

237448-1