**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **CITY OF CHICOPEE acting through** ) | |
| **CHICOPEE PUBLIC SCHOOLS,** ) | |
| **Plaintiff** ) | |
| ) | **CIVIL ACTION NO. 04-30087-KPN** |
| **v.** ) | |
| ) | |
| **DAVID T. As parent and next friend of** ) | |
| **KAITLYN T. and MASSACHUSETTS** ) | |
| **DEPARTMENT OF EDUCATION** ) | |
| **Defendants** ) | |
| ) | |

**DEFENDANT'S MOTION IN OPPOSITION TO PLAINTIFF'S**
**MOTION FOR LEAVE TO OFFER ADDITIONAL EVIDENCE**

The Defendants hereby move the Court to deny the Plaintiff's Motion for Leave to Offer

Additional Evidence.  As grounds therefore the Defendants state that the administrative record is

clear and thus, because it is clear, this Court should determine that no additional evidence is

warranted to supplement the administrative record. In support of its motion the Defendant refers

to the fact and law that are set forth more fully in the accompanying memorandum.

WHEREFORE, Kaitlyn T. and her parents respectfully request that the Plaintiff's Motion

for Leave to Offer Additional Evidence be denied.

                                        Respectfully submitted,
                                        The Defendants
                                        By their attorney

September 2, 2004                       **/S/DEREK M. BEAULIEU**
                                        Derek M. Beaulieu, Esq.
                                        1242 Main Street, Suite 306
                                        Springfield, MA 01103
                                        BBO#644185