UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CITY OF CHICOPEE, Acting through the Chicopee Public Schools, ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 04-30087-MAP |
| DAVID T. As Parent and next friend of Kaitlyn T. and MASSACHUSETTS DEPARTMENT OF EDUCATION, ) | |
| Defendants. ) | |

**DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S MOTION
TO AMEND SCHEDULING ORDER TO ENLARGE, UNTIL SEPTEMBER 17, 2004,
TIME PERIOD WITHIN WHICH TO FILE OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO OFFER ADDITIONAL EVIDENCE**

Defendant Massachusetts Department of Education -- by and through the Attorney General

of the Commonwealth of Massachusetts, its counsel -- moves, with the assent of plaintiff City of

Chicopee, Acting through the Chicopee Public Schools, pursuant to FED. R. CIV. P. 6(b)(1) and

16(b), that the Court amend the *Scheduling Order*, ¶ 2 (docket, paper no. 36) to enlarge, until

September 17, 2004, the time period within which the Department may file its opposition to the

plaintiff's motion for leave to offer additional evidence.

As grounds for this motion, the Department states that its undersigned counsel needs a short

additional enlargement to complete the opposition to the motion and the Department will be filing

a complement to the administrative record containing documents omitted through oversight from

the record as already filed and the plaintiff's motion references these documents.  (A telephone

message left this afternoon for counsel of record for co-defendant David T. as parent and next friend of Kaitlyn T., has not yet been returned.)

CONCLUSION

Wherefore, the Department respectfully requests that this Court allow this motion.

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


By: *James S. Whitcomb*
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA  01103-1629
(413) 784-1240, ext. 113 (telephone)
(413) 784-1244 (facsimile)
B.B.O. No. 557768

**ASSENTED-TO:**

CITY OF CHICOPEE, Acting through the
Chicopee Public Schools

By its attorney,


*Claire L. Thompson* /
Claire L. Thompson, Esquire                    J.S.W.
Doherty, Wallace, Pillsbury
 & Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA  01144
(413) 733-3111 (telephone no.)
(413) 734-3910 (facsimile no.)
B.B.O. No. 550262

DATED:  September 14, 2004.

2

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 14th day of September 2004, I served the foregoing *Defendant Massachusetts Department of Education's Motion to Amend Scheduling Order to Enlarge, until September 17, 2004, Time Period Within which to File Opposition to Plaintiff's Motion for Leave to Offer Additional Evidence* on both other parties by either delivering or mailing – as indicated below – a true copy of the document to each other party's respective counsel of record:

Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
 & Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA  01144

*(By Delivering)*

Derek M. Beaulieu, Esquire
1242 Main Street, Suite 306
Springfield, MA  01103

*(By Mailing)*

James S. Whitcomb

3