UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF CHICOPEE, Acting through the Chicopee Public Schools,<br><br>       Plaintiff,<br><br>v.<br><br>DAVID T. As Parent and next friend of Kaitlyn T. and MASSACHUSETTS DEPARTMENT OF EDUCATION,<br><br>       Defendants. | CIVIL ACTION NO. 04-30087-MAP |

**CERTIFICATE OF SERVICE FOR**
**"COMPLEMENT TO ADMINISTRATIVE RECORD"**

     I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 14th day of September, 2004, I served the *Complement to Administrative Record* (and this certificate of service) on both other parties by either delivering or mailing – as indicated below – a true copy of the complement to the record (and a true copy of this certificate of service) to each other party's respective counsel of record:

Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
 & Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA  01144

*(By Delivering)*

Derek M. Beaulieu, Esquire
1242 Main Street, Suite 306
Springfield, MA  01103

*(By Mailing)*

James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA  01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768