IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

| | |
|---|---|
| CITY OF CHICOPEE, Acting through the Chicopee Public Schools, <br>    Plaintiff <br><br> v. <br><br> DAVID T. As Parent and next friend of Kaitlyn T. and MASSACHUSETTS DEPARTMENT OF EDUCATION, <br>    Defendants | **Case No: 04-30087-MAP** |

## <u>PARTIALLY ASSENTED TO MOTION OF CITY OF CHICOPEE TO EXTEND DEADLINE FOR FILING MOTION FOR SUMMARY JUDGEMENT</u>

Now comes the City of Chicopee, Acting Through the Chicopee Public Schools ("Chicopee") in the above-entitled matter and respectfully requests that this Honorable Court grant Chicopee a two week extension of time in which to file its Motion and Memorandum in Support of Summary Judgment.

In support thereof, Chicopee states that its motion and memorandum are currently due to be filed on or before November 6, 2004. Chicopee and David T. have been engaged in discussions to potentially settle both federal court matters and Kaitlyn's placement for the 2004-2005 school year. They have agreed to have the 2004-2005 program observed by their respective experts on Wednesday, November 10, 2004. Chicopee and David T. will then determine the potential for settlement. If settlement is not forthcoming, Chicopee will file its Motion and Memorandum in Support of Summary Judgment on or before Friday, November 19, 2004 with the permission of the Court.

245770-1

WHEREFORE, Chicopee hereby moves for a two week extension of time to file its Motion

and Memorandum in Support of Summary Judgment to November 19, 2004.

                                        FOR PLAINTIFF,
                                        CITY OF CHICOPEE ACTING
                                        THROUGH THE CHICOPEE PUBLIC
                                        SCHOOLS


                                        By __/s/ Claire L. Thompson_____
                                            Claire L. Thompson, Esq.
                                            Doherty, Wallace, Pillsbury
                                             & Murphy, P.C.
                                            One Monarch Place
                                            1414 Main Street, 19th Floor
                                            Springfield, MA  01144
                                            Phone:  (413) 733-3111
                                            Fax:    (413) 734-3910
                                            B.B.O. No:  550262

ASSENTED TO:                             ASSENTED TO:
FOR DEFENDANT                            FOR DEFENDANT
DAVID T. AS PARENT AND                   MASSACHUSETTS DEPARTMENT OF
NEXT FRIEND OF KAITLYN T                 EDUCATION


By _____              By __/s/ James Whitcomb_____
    Derek M. Beaulieu, Esq.                  James Whitcomb
    1242 Main Street, Suite 306              Assistant Attorney General
    Springfield, MA 01103                    Western Massachusetts Division
    Phone: (413) 733-1824                    1350 Main Street, 4th Floor
    Fax:   (413) 567-7746                    Springfield, MA 01103
                                             Phone: (413) 784-1240 X113
                                             Fax: (413) 784-1244

                        CERTIFICATE OF SERVICE

        I certify that this document has been served upon all counsel of record in compliance with
F.R.C.P., on November 2, 2004.


                                        ___/s/ Claire L. Thompson_____
                                            Claire L. Thompson