IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| CITY OF CHICOPEE, Acting through the Chicopee Public Schools,<br>    Plaintiff<br><br>v.<br><br>DAVID T. As Parent and next friend of Kaitlyn T. and MASSACHUSETTS DEPARTMENT OF EDUCATION,<br>    Defendants | Case No: 04-30087-MAP |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff, City of Chicopee, Acting through the Chicopee Public Schools, ("Chicopee") and respectfully requests that this Honorable Court grant summary judgment in its favor relative to its Complaint for Judicial Relief. Pursuant to F.R.C.P. 56(c), summary judgment is appropriate in this case since there are no genuine issues as to any material fact and the Plaintiff in entitled to judgment as a matter of law. See *Frankina v. First National Bank of Boston,* 801 F.Supp. 875, 879 (D. Mass. 1992).

In support of this motion, Chicopee directs the Court's attention to its Memorandum in Support of Motion for Summary Judgment, Exhibit A to the Memorandum, and the extensive record of the underlying Bureau of Special Education Appeals hearing.

FOR PLAINTIFF, CITY OF CHICOPEE
ACTING THROUGH THE CHICOPEE
PUBLIC SCHOOLS

By __/s/Claire L. Thompson_____
Claire L. Thompson, Esq.
Doherty, Wallace, Pillsbury
 & Murphy, P.C.
1414 Main Street, 19th Floor
Springfield, MA  01144
Phone:  (413) 733-3111
Fax:    (413) 734-3910
B.B.O. No:  550262

### CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P., on November 19, 2004.

  _/s/Claire L. Thompson_____
Claire L. Thompson

247909-1