UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CITY OF CHICOPEE acting through CHICOPEE PUBLIC SCHOOLS,** <br>           Plaintiff <br><br> v. <br><br> **DAVID T. As parent and next friend of KAITLYN T. and MASSACHUSETTS DEPARTMENT OF EDUCATION** <br>           Defendants | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-30087-KPN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Comes now the Defendants, by and through their undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Court to enter summary judgment for the Defendants.

In support of its Motion the Defendants refer to the facts and law that are set forth more fully in the accompanying memorandum. The Memorandum demonstrates that the Defendants are entitled to summary judgment on the grounds that the they met their burden before the BSEA. The Memorandum also demonstrates how the underlying transcript and administrative record supports the decision of the administrative hearing officer, and contrary to the Plaintiff's assertions the Decision is <u>not</u> arbitrary and capricious.

WHEREFORE, the Defendants, respectfully moves this Court to deny the Plaintiffs motion for summary judgement and enter summary judgment for them.

2

                                                    Respectfully Submitted
                                                    The Defendants
                                                    By Their Attorney

Dated December 17, 2004                       <u>/s/ Derek M. Beaulieu</u>
                                                    Derek M. Beaulieu, Esq.
                                                    1242 Main Street, Suite 306
                                                    Springfield, MA 01103
                                                    BBO# 644185
                                                    (413) 733-1824
                                                    Fax (413) 567-7746

Case 3:04-cv-30087-MAP   Document 51   Filed 12/18/2004   Page 2 of 2