UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CITY OF CHICOPEE acting through CHICOPEE PUBLIC SCHOOLS,<br>　　　　　Plaintiff<br><br>v.<br><br>DAVID T. As parent and next friend of KAITLYN T. and MASSACHUSETTS DEPARTMENT OF EDUCATION<br>　　　　　Defendants | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-30087-KPN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE RESONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 25 PAGES**

The Defendants hereby request permission from the Court to respond to the Plaintiff's Motion for Summary Judgment in excess of twenty five pages for the following reasons:

Defendant's assert that the Plaintiff's Motion for Summary Judgment was fifty-three pages. Based on the length of the Plaintiff's motion and in order to appropriately respond to the allegations of the Plaintiff, it was impossible to respond in less than twenty five pages. The Defendants have done their best to motion themselves for summary judgment, while also appropriately responding to the Plaintiff's allegations, in forty two pages.

WHEREFORE, Kaitlyn T. and her parents respectfully request that this court grant the Defendants permission to file a response greater than the twenty five page limit.

|  |  |
|---|---|
| | Respectfully submitted,<br>The Defendants<br>By their attorney |
| December 17, 2004 | **/S/DEREK M. BEAULIEU**<br>Derek M. Beaulieu, Esq.<br>1242 Main Street, Suite 306<br>Springfield, MA 01103<br>BBO#644185 |