UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
K'S OFFICE

2005 JAN 11  P 3: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CITY OF CHICOPEE, Acting through the Chicopee Public Schools, )<br><br>Plaintiff, )<br><br>v. )<br><br>DAVID T. As Parent and next friend of Kaitlyn T. and MASSACHUSETTS DEPARTMENT OF EDUCATION, )<br><br>Defendants. ) | CIVIL ACTION NO. 04-30087-MAP |

## DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant Massachusetts Department of Education (the "Department") – by and through the Attorney General of the Commonwealth of Massachusetts, its counsel – cross-moves, pursuant to FED. R. CIV. P. 56(b), that this Court enter summary judgment in the Department's favor, affirming the decision of the Bureau of Special Education Appeals that is under review in this action. *Administrative Record (Volume I of II)* (docket, paper no. 14), pp. 89-103.

The reasons why this motion should be granted and the motion for summary judgment filed by plaintiff City of Chicopee, acting through the Chicopee Public Schools ("Chicopee") (docket, paper no. 50) should be denied are set forth in the memorandum filed therewith.

## REQUEST FOR ORAL ARGUMENT

The Department requests, pursuant to LR. 7.1(D), that the Court hold oral argument on this motion and on Chicopee's motion for summary judgment.

Respectfully submitted,

MASSACHUSETTS DEPARTMENT OF EDUCATION

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: *James S. Whitcomb*
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413) 784-1240, ext. 113 (telephone)
(413) 784-1244 (facsimile)
B.B.O. No. 557768

DATED: January 11, 2005.

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 11th day of January 2005, I served the foregoing *Defendant Massachusetts Department of Education's Cross-motion for Summary Judgment* on both other parties by mailing a true copy of the document to each other party's respective counsel of record:

Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
& Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144

Derek M. Beaulieu, Esquire
1242 Main Street, Suite 306
Springfield, MA 01103

*James S. Whitcomb*
James S. Whitcomb

2