**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CITY OF CHICOPEE**

**CASE NO.   04-30087-MAP**

V.

**T., ET AL**

## NOTICE

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON ALL PENDING MOTIONS on MARCH 21, 2005 at 2:30 P.M. before Michael A. Ponsor, U.S. D.J   In   Courtroom # __1__ on the __5th__ floor.

February 2, 2005
Date

**WILLIAM RUANE, ACTING,**
**CLERK OF COURT**

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)          [kntchrgcnf.]
                                        [ntchrgcnf.]